IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Asheville Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **BUEL, INC.,** | ) | Case No. 14-10026 |
| | ) | |
| Debtor. | ) | |

### WEEKLY CASH FLOW REPORT FOR PERIOD ENDING
### FEBRUARY 14, 2014

Now comes Buel, Inc., the above-captioned debtor and debtor in possession, and submits the attached cash flow report for the week ending February 14, 2014.

Dated: Charlotte, North Carolina
February 24, 2014

                                      **MOON WRIGHT & HOUSTON, PLLC**

                                      */s/ Richard S. Wright*
                                    Richard S. Wright (NC Bar No. 24622)
                                    227 W. Trade Street, Suite 1800
                                    Charlotte, North Carolina 28202
                                    Telephone:  (704) 944-6560
                                    *Counsel for the Debtor*

Nixon, Wright & Houston - Blue, Inc.
Weekly Cash Collateral Reporting

| Acct# | Income | Week Ending 1/31/2014 Budget | Week Ending 1/31/2014 Actual | Week Ending 1/31/2014 Variance | Week Ending 2/7/2014 Actual | Week Ending 2/14/2014 Actual |
|---|---|---:|---:|---:|---:|---:|
| | Beginning Customer Accounts Receivable | $ 1,016,528 | $ 1,128,279 | $ 111,751 | $ 1,176,697 | $ 1,196,989 |
| | New Billings (a) | 588,228 | 528,250 | (59,978) | 314,987 | 212,162 |
| | Payments / Collections | (666,627) | (479,832) | 186,795 | (294,695) | (238,609) |
| | Ending Customer Accounts Receivable | 938,129 | 1,176,697 | 238,568 | 1,196,989 | 1,170,542 |
| | Beginning Owner/Operator A/R | 1,748,162 | 1,748,162 | - | 1,780,103 | 1,793,465 |
| | New Charges to Truck Accounts | 471,759 | 270,088 | (201,671) | 13,362 | 157,835 |
| | Settlements / Collections from Operators (b) | (548,861) | (238,147) | 310,714 | - | - |
| | Ending Owner/Operator A/R | 1,671,060 | 1,780,103 | 109,043 | 1,793,465 | 1,951,300 |
| | Beginning Cash Balance (d) | | 254,282 | 254,282 | 194,683 | 188,386 |
| | Cash received from revenue | 588,228 | 546,380 | (41,848) | 294,695 | 273,873 |
| 4001 | Purchased Transportation | (471,759) | (270,088) | 201,671 | (238,684) | (217,029) |
| | Gross Profit | 116,469 | 276,292 | 159,823 | 56,011 | 56,844 |
| | Cash paid for expenses | | | | | |
| 5002 | Salaries & Wages (c) | (28,900) | (23,049) | 5,851 | (22,863) | - |
| 5006 | Payroll Taxes (c) | (2,200) | (7,961) | (5,761) | (5,376) | (8,150) |
| 5007 | Fringe Benefits | (1,380) | | 1,380 | (273) | - |
| 5010 | Other Taxes | (708) | (8,209) | (7,501) | - | - |
| 5014 | Insurance | (30,207) | (15,543) | 14,664 | (13,457) | - |
| 5018 | Office Expenses | (2,661) | (1,564) | 1,097 | (694) | (261) |
| 5022 | Permits & Authorities | (360) | (695) | (335) | - | - |
| 5026 | Recruiting/F-TX Rptg | (7,326) | (4,256) | 3,070 | (200) | 161 |
| 5030 | Adver, Subscr & Travel | (1,175) | (809) | 366 | - | - |
| 5034 | Comm/Info Systems | (3,094) | (6,951) | (3,857) | (5,233) | (3,251) |
| 5038 | Road Equipt Maint/Repairs | (9,763) | (25,196) | (15,433) | (5,611) | (4,647) |
| 5042 | Reefers-Fuel & Maint | (4,533) | (466) | 4,067 | (5,791) | (622) |
| 5046 | Tires | (7,780) | (4,007) | 3,773 | (991) | (747) |
| 5050 | Clean Equipment | (1,446) | (2,300) | (854) | - | (84) |
| 5052 | Safety Programs | (1,676) | (131) | 1,545 | - | (55) |
| 5054 | Telephone | (1,706) | | 1,706 | - | (1,016) |
| 5058 | Facilities | (2,320) | (586) | 1,734 | (265) | - |
| 5062 | Professional Services | (1,500) | (1,595) | (95) | (1,554) | (646) |
| | Critical Vendor Payments | | (232,573) | (232,573) | - | - |
| | Bankruptcy related professional fees | (10,000) | | 10,000 | - | - |
| | Quarterly Court fees | - | - | - | - | - |
| | License Fee and other Truck account payments | | | | | (157,835) |
| 5074 | Depreciation | - | - | - | - | - |
| | Total Expenses | (118,735) | (335,891) | (217,156) | (62,308) | (177,153) |
| | Operating cash flow | (2,266) | (59,599) | (57,333) | (6,297) | (120,309) |
| 3009 | Other Income | 2,446 | | (2,446) | - | 2,362 |
| 5066 | Bad Debts/ Uncollectibles | - | - | - | - | - |
| | Total Other | 2,446 | - | (2,446) | - | 2,362 |
| | Net change in cash | 180 | (59,599) | (59,779) | (6,297) | (117,947) |
| | Ending cash balance | | 194,683 | $ 194,683 | 188,386 | 70,439 |
| | Listing of Critical Vendor Payments | | | | | |
| | Comdata | | 54,251 | | - | - |
| | Pilot Payables | | - | | - | - |
| | Outstanding checks | | 178,322 | | - | - |
| | Total Critical Vendor Payments | | $ 232,573 | | $ - | $ - |

(a) Invoices were issued for services delivered during period but posted after the invoice listing was printed.
(b) Settlements posted after the listing was printed.
(c) Modified to break out the payment of the net payroll check and the gross payroll taxes.
(d) Updated to include additional bank account information

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing *Weekly Cash Flow Report for Period Ending February 14, 2014* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case and on the parties listed on the attached via United States Mail on February 24, 2014.

Dated: Charlotte, North Carolina
February 24, 2014

MOON WRIGHT & HOUSTON, PLLC

*/s/ Shannon L. Myers*
Shannon L. Myers, Paralegal
227 W. Trade Street, Suite 1800
Charlotte, North Carolina 28202
Telephone: (704) 944-6560
*Counsel for the Debtor*

| | | |
|---|---|---|
| American Express<br>PO Box 650448<br>Dallas TX 75265 | Applied Risk Management Sol<br>409-A Alamance Rd<br>Burlington NC 27215 | BB&T Bank<br>Processing Center<br>P.O. Box 580050<br>Charlotte NC 28258 |
| BCS Services<br>Steve Boehm<br>3237 Conestoga Tr.<br>Richfield WI 53076 | Blue Beacon International<br>PO Box 856<br>Salina KS 67402 | Bosselman Boss Shop<br>Corporate Billing<br>PO Box 1000 Dept 959<br>Memphis TN 38148 |
| Brown's Body Shop & Auto Glass<br>1751 Clark Road<br>Inman SC 29349 | CAT COMMERCIAL ACCT<br>Attn: Jennifer Fye 4th Fl<br>2120 West End Ave<br>Nashville TN 37203 | CNTS Leasing LLC<br>PO Box 456<br>Chesnee SC 29323 |
| Comdata<br>PO Box 548<br>Brentwood TN 37024 | Continental Tire The Americas<br>PO Box 60049<br>Charlotte NC 29323 | Federal Motor Carriers Safety Administration<br>1800 Century Blvd NE S#1700<br>Atlanta GA 30345 |
| Graybill Tire And Repairs<br>1301 225th Street<br>Rockport MO 64482 | Paccar Financial Corp.<br>PO Box 530491<br>Atlanta GA 30353 | Pilot Receivables LLC<br>PO Box 502711<br>St Louis MO 63150 |
| Smith Moore Leatherwood LLP<br>PO Box 87<br>Greenville SC  29602 | Suntrust Bank<br>c/o Ashley Edwards<br>Parker Poe Adams & Bernstein<br>401 South Tryon Street, Ste 3000<br>Charlotte NC 28202 | Twin State Trailers<br>8621 Statesville Rd.<br>Charlotte NC 28269 |
| Wells Fargo Equipment Finance Inc.<br>PO Box 1450<br>NW-8178<br>Minneapolis MN 55485 | Buel, Inc.<br>15 Blue Spruce Drive<br>Candler, NC  28715 | |
| NC Department of Revenue<br>PO Box 1168<br>Raleigh, NC  27602 | Internal Revenue Service<br>Bankruptcy Section<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Securities and Exchange Commission<br>Atlanta Regional Office<br>Office of Reorganization<br>950 East Paces Ferry Road, NE, Suite 900<br>Atlanta, GA  30326-1382 |

MWH: 10242.001; 00009676.1